UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LANE HOWARD | CIVIL ACTION NO. 18-cv-1417 |
| VERSUS | JUDGE JUNEAU |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE WHITEHURST |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and considering the lack of objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the decision of the Commissioner is **AFFIRMED** and this matter is dismissed with prejudice.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 19th day of February, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE